IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LOIS THOMAS | § | |
|     TDCJ-CID #232641 | § | |
| V. | § | C.A. NO. C-04-619 |
| | § | |
| MAXIMILLIANO HERRERA, ET AL. | § | |

### FINAL JUDGMENT

A final judgment dismissing all plaintiff's claims against defendant Herrera, with prejudice, is entered.

ORDERED this 6th day of December, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE